| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CC Hillcrest, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31362-swe** |

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | NEF Preservation PB Fund I LP<br>10 S. Riverside Plaza, Suite 1700<br>Chicago, IL 60606 | | Business Debt | | 19,250,600.00 | 19,158,600.00 | $92,000.00 |
| 2 | J National<br>2445 Midway Rd<br>Suite 200A<br>Carrollton, TX 75006 | | Business Debt | | | | $40,000.00 |
| 3 | Cook Keith & Davis<br>6688 North Central Expressway<br>Suite 1000<br>Dallas, TX 75206 | | Business Debt | | | | $25,000.00 |
| 4 | TXU Energy<br>PO Box 65070<br>Dallas, TX 75265 | | Business Debt | | | | $20,000.00 |
| 5 | City of Mesquite Water Utilities<br>757 N Galloway Ave<br>Mesquite, TX 75149 | | Business Debt | | | | $20,000.00 |

| Debtor | CC Hillcrest, LLC | Case number (if known) | 22-31362-swe |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Atmos Energy 2607 Logan St Dallas, TX 75215 | | Business Debt | | | | $20,000.00 |
| 7 | Alien Electric 4445 I-30 Suite 23 Mesquite, TX 75050 | | Business Debt | | | | $10,000.00 |
| 8 | Allied Property Management 1900 Country Club Dr Suite 120 Mansfield, TX 76063 | | Business Debt | | | | $6,000.00 |
| 9 | Cano Electric 7607 Flagstone St Ft. Worth, TX 76116 | | Business Debt | | | | $5,000.00 |
| 10 | Rasa Floors & Carpet Cleaning, LLC 2833 Eisenhower St Suite 100 Carrollton, TX 75007 | | Business Debt | | | | $4,000.00 |
| 11 | Massey Services, Inc. 7101 John W. Carpenter Fwy Dallas, TX 75247 | | Business Debt | | | | $4,000.00 |
| 12 | Matthews, Shiels, Knott, Eden, Davis & B 8131 LBJ Freeway Suite 700 Dallas, TX 75251 | | Business Debt | | | | $3,000.00 |
| 13 | Fresh Start Carpet Care P.O.Box 1453 Kennedale, TX 76060 | | Business Debt | | | | $2,000.00 |

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Ameristar Screen and Glass  2405 McIver Lane  Carrollton, TX 75006 | | Business Debt | | | | $2,000.00 |
| 15 | RealPage, Inc.  2201 Lakeside Blvd  Richardson, TX 75082 | | Business Debt | | | | $1,000.00 |
| 16 | Nationwide Compliant  P.O. Box 844569  Boston, MA 02284 | | Business Debt | | | | $1,000.00 |
| 17 | MCO Painting Construction  8420 Midland Lane  Dallas, TX 75217 | | Business Debt | | | | $1,000.00 |
| 18 | Marvin's Carpet Cleaning LLC  3832 Summer Hill Dr  Balch Springs, TX 75180 | | Business Debt | | | | $1,000.00 |
| 19 | JLV Remodeling LLC  PO Box 271  Lavron, TX 75166 | | Business Debt | | | | $1,000.00 |
| 20 | HD Supply Facilities Maintenance, Ltd.  550 Lakeside Pkwy # 100  Flower Mound, TX 75028 | | Business Debt | | | | $1,000.00 |