**Fill in this information to identify the case**

| Debtor name | **CC Hillcrest, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31362-swe** |

☑ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
|---|---|---|---|---|---|---|---|
| 3.1. | **Checking account (Operating) - Wells Fargo** | **Checking account** | 4 | 9 | 4 | 2 | $28,627.00 |
| 3.2. | **Checking account (Reserve) - Wells Fargo** | **Checking account** | 5 | 9 | 1 | 5 | $500.00 |
| 3.3. | **Checking Account (Prior Operating Acct) - Wells Fargo** | **Checking account** | 1 | 1 | 4 | 5 | $500.65 |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$29,627.65**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | CC Hillcrest, LLC | Case number (if known) | 22-31362-swe |
|--------|-------------------|------------------------|--------------|
|        | Name              |                        |              |

**7.   Deposits, including security deposits and utility deposits**

Current value of debtor's interest

Description, including name of holder of deposit

| 7.1. | **Checking Account (Security Deposits - Acct. 4959) - Wells Fargo** | **$50,703.00** |
|------|---------------------------------------------------------------------|----------------|
| 7.2. | **City of Mesquite Utility Surety Bond** | **$109,450.00** |
| 7.3. | **Atmos Energy Surety Bond** | Unknown |
| 7.4. | **TXU Energy Surety Bond** | Unknown |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1. | **Insurance Prepayment** | **$13,319.00** |
|------|--------------------------|----------------|

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$173,472.00**

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11.   Accounts receivable**

Current value of debtor's interest

| 11a. | 90 days old or less: | **$129,931.00** | – | **$100,000.00** | = ............ ➔ | **$29,931.00** |
|------|----------------------|-----------------|---|-----------------|-------------------|----------------|
|      |                      | face amount     |   | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$104,589.00** | – | **$98,000.00** | = ............ ➔ | **$6,589.00** |
|      |                   | face amount     |   | doubtful or uncollectible accounts | | |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$36,520.00**

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method used for current value      Current value of debtor's interest

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| Debtor | CC Hillcrest, LLC | Case number (if known) | 22-31362-swe |
|---|---|---|---|
| | Name | | |

**16.** Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5: Inventory, excluding agriculture assets

**18.** Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM/DD/YYYY | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** Is any of the property listed in Part 5 perishable?
☐ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|
| | Name | | |

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

---

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Office chairs, desks, etc. | | | **$1,000.00** |
| **40.  Office fixtures** | | | |
| Office appliances | | | **$500.00** |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, printers, software, phones | | | **$1,000.00** |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.  **$2,500.00**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 8:**  **Machinery, equipment, and vehicles**

---

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☒ Yes.  Fill in the information below.

| Debtor | CC Hillcrest, LLC | | Case number (if known) | 22-31362-swe |
|---|---|---|---|---|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| In-unit appliances (stoves, dishwashers,<br>refrigerators, etc.). Debtor is in process of valuing<br>these appliances. | | | $100,000.00 |
|---|---|---|---|
| Handheld tools and replacement fixtures. | | | $10,000.00 |

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                         $110,000.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **2019 Hillcrest Street, Mesquite, TX 75149**<br><br>**352 apartment units and approx. 18.3 acres of land** | Commercial Prop. | | Appraisal/Broker C | $30,000,000.00 |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      $30,000,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | CC Hillcrest, LLC | Case number (if known) | 22-31362-swe |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor has pending and future eviction claims which it may pursue against past-due tenants.    Unknown

| Nature of claim | Eviction Claims |
|---|---|
| Amount requested | |

Debtor  __CC Hillcrest, LLC_____    Case number (if known)  __22-31362-swe__
            Name

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $29,627.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $173,472.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,520.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $110,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................➜ | | $30,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $352,119.65 | + 91b. $30,000,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................. | $30,352,119.65 |

**Fill in this information to identify the case:**

Debtor name    **CC Hillcrest, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **22-31362-swe**
(if known)

☑ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.    **Do any creditors have claims secured by debtor's property?**

☐    No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑    Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.    List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
**NEF Preservation PB Fund I LP**

**Creditor's mailing address**
**10 S. Riverside Plaza, Suite 1700**

_____

Chicago          IL      60606

**Creditor's email address, if known**

_____

Date debt was incurred      **9/2020**

Last 4 digits of account
number        **9  9  0  7**

**Do multiple creditors have an interest in the same property?**
☑  No
☐  Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**352 apartment units and approx. 18.3 acres of land**

**Describe the lien**
**Business Debt**

**Is the creditor an insider or related party?**
☑  No
☐  Yes

**Is anyone else liable on this claim?**
☐  No
☑  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

Column A: $19,250,600.00    Column B: $30,000,000.00

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$19,250,600.00

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Edward Lam** | Line __**2.1**__ | ___ ___ ___ ___ |
| **Kraus Lam** | | |
| **230 West Monroe Street** | | |
| **Suite 2528** | | |
| **Chicago                IL      60606** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **CC Hillcrest, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31362-swe** |

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ADT Security Services**

**400 S Zang Blvd**

**Suite 818**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75208** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Akaia Johnson**

**2113 Hillcrest Street**

**Apt. 141**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Apartment Lease**

---

| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Alana Tootle**

**2105 Hillcrest Street**

**Apt. 210**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Apartment Lease**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.4**  Nonpriority creditor's name and mailing address

**Alberto Amaya**

**2113 Hillcrest Street**

**Apt. 143**

**Mesquite**            TX      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.5**  Nonpriority creditor's name and mailing address

**Alexander Delgado**

**2005 Hillcrest Street**

**Apt. 1015**

**Mesquite**            TX      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.6**  Nonpriority creditor's name and mailing address

**Alfonso Rodriguez**

**2003 Hillcrest Street**

**Apt. 1006**

**Mesquite**            TX      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.7**  Nonpriority creditor's name and mailing address

**Alien Electric**

**4445 I-30**

**Suite 23**

**Mesquite**            TX      **75050**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$10,000.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.8 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |

**Allied Property Management**

**1900 Country Club Dr**

**Suite 120**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mansfield** | **TX** | **76063** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.9 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Alonso Carrasco**

**2025 Hillcrest Street**

**Apt. 2092**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Apartment Lease

---

| 3.10 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Amanda Williams**

**2017 Hillcrest Street**

**Apt. 1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Apartment Lease

---

| 3.11 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |

**Ameristar Screen and Glass**

**2405 McIver Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Carrollton** | **TX** | **75006** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** | Nonpriority creditor's name and mailing address

**Andrea Pullings**

**2105 Hillcrest Street**

**Apt. 118**

**Mesquite**          **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.13** | Nonpriority creditor's name and mailing address

**Andre` McGilvery**

**2105 Hillcrest Street**

**Apt. 112**

**Mesquite**          **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.14** | Nonpriority creditor's name and mailing address

**Angelia Guthrie**

**2119 Hillcrest Street**

**Apt. 169**

**Mesquite**          **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | | Case number (if known) | **22-31362-swe** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.15** Nonpriority creditor's name and mailing address

Anita Pastran

2027 Hillcrest Street

Apt. 1105

Mesquite                          TX        75149

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.16** Nonpriority creditor's name and mailing address

Anthony Thomas

2009 Hillcrest Street

Apt. 2040

Mesquite                          TX        75149

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.17** Nonpriority creditor's name and mailing address

Ashley Lewis

2025 Hillcrest Street

Apt. 2097

Mesquite                          TX        75149

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.18** Nonpriority creditor's name and mailing address

Atmos Energy

2607 Logan St

Dallas                            TX        75215

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,000.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.19**  **Nonpriority creditor's name and mailing address**

Autum Boyd

2005 Hillcrest Street

Apt. 1010

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.20**  **Nonpriority creditor's name and mailing address**

Azucena Uribe-Cervera

2105 Hillcrest Street

Apt. 209

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.21**  **Nonpriority creditor's name and mailing address**

Barbara Fields

2119 Hillcrest Street

Apt. 167

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.22** | Nonpriority creditor's name and mailing address |
|---|---|

**Barbara Ray**

**2105 Hillcrest Street**

**Apt. 120**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.23** | Nonpriority creditor's name and mailing address |
|---|---|

**Barrera Valdes**

**2007 Hillcrest Street**

**Apt. 1027**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.24** | Nonpriority creditor's name and mailing address |
|---|---|

**Benjamin Taylor**

**2105 Hillcrest Street**

**Apt. 212**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.25** Nonpriority creditor's name and mailing address

Bertha Perez

2015 Hillcrest Street

Apt. 2069

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.26** Nonpriority creditor's name and mailing address

Billie Anderson

2009 Hillcrest Street

Apt. 1037

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.27** Nonpriority creditor's name and mailing address

Billy Moore

2105 Hillcrest Street

Apt. 116

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.28** | Nonpriority creditor's name and mailing address

$0.00

**Billy Watson**

**2023 Hillcrest Street**

**Apt. 2090**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**3.29** | Nonpriority creditor's name and mailing address

$0.00

**Billy Williams**

**2015 Hillcrest Street**

**Apt. 1068**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**3.30** | Nonpriority creditor's name and mailing address

$0.00

**Bioncca Walker**

**2015 Hillcrest Street**

**Apt. 2073**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

**Blynthia Kennedy**

**2003 Hillcrest Street**

**Apt. 1008**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

**Booker Stubblefield**

**2113 Hillcrest Street**

**Apt. 248**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**Brenda Hardy**

**10507 Sand Springs Ave.**

**Dallas**          **TX**      **75227**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.34** Nonpriority creditor's name and mailing address

**Brenda Jones**

**2107 Hillcrest Street**

**Apt. 129**

**Mesquite**                **TX**       **75149**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Bridget Farmer**

**2027 Hillcrest Street**

**Apt. 2102**

**Mesquite**                **TX**       **75149**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.36** Nonpriority creditor's name and mailing address

**Bridget Washington**

**2103 Hillcrest Street**

**Apt. 203**

**Mesquite**                **TX**       **75149**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

**Brittany Jones**

**2001 Hillcrest Street**

**Apt. 2021**

_____

**Mesquite**            **TX**    **75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.38** Nonpriority creditor's name and mailing address

**BSI, Inc**

**5526 Dyer St.**

**# 203**

_____

**Dallas**            **TX**    **75206**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.39** Nonpriority creditor's name and mailing address

**Budget Inn of Texas - Mesquite**

**3911 East Highway 80**

_____

_____

**Mesquite**            **TX**    **75150**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.40** Nonpriority creditor's name and mailing address

**Burnette Brown**

**2103 Hillcrest Street**

**Apt. 205**

_____

**Mesquite**            **TX**    **75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Camargo Sanchez**

**2107 Hillcrest Street**

**Apt. 230**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Camesha Mallard**

**2119 Hillcrest Street**

**Apt. 270**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**Candace Oliver**

**2113 Hillcrest Street**

**Apt. 245**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**Cano Electric**

**7607 Flagstone St**

**Ft. Worth**                    **TX     76116**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.45** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Carl Petty**

**2001 Hillcrest Street**

**Apt. 1018**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| **3.46** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Carolyn Robertson**

**2105 Hillcrest Street**

**Apt. 109**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| **3.47** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Catherine Thurmon**

**2017 Hillcrest Street**

**Apt. 2063**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **CC Hillcrest, LLC** | | Case number (if known) | **22-31362-swe** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.48** | Nonpriority creditor's name and mailing address |
|---|---|

**Chacorie Washington**

**2017 Hillcrest Street**

**Apt. 2061**

**Mesquite**                    **TX**      **75149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Apartment Lease

---

| **3.49** | Nonpriority creditor's name and mailing address |
|---|---|

**Chadwell**

**1000 W Hebron Pkwy**

**Carrollton**                  **TX**      **75007**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

**Unknown**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.50** | Nonpriority creditor's name and mailing address |
|---|---|

**Charity Anderson**

**2013 Hillcrest Street**

**Apt. 2057**

**Mesquite**                    **TX**      **75149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Apartment Lease

---

| **3.51** | Nonpriority creditor's name and mailing address |
|---|---|

**Charles Lee**

**2011 Hillcrest Street**

**Apt. 2044**

**Mesquite**                    **TX**      **75149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.52**  Nonpriority creditor's name and mailing address

**Charlotte Ray**

**2001 Hillcrest Street**

**Apt. 1019**

**Mesquite**                    **TX      75149**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.53**  Nonpriority creditor's name and mailing address

**Chemsearch Corp**

**2727 Chemsearch Blvd**

**Irving**                        **TX      75062**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

**3.54**  Nonpriority creditor's name and mailing address

**Cheryl Brewster**

**2017 Hillcrest Street**

**Apt. 1059**

**Mesquite**                    **TX      75149**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.55**  Nonpriority creditor's name and mailing address

**Christina Dudley**

**2003 Hillcrest Street**

**Apt. 2001**

**Mesquite**                    **TX      75149**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.56** | Nonpriority creditor's name and mailing address |
|---|---|

**Christopher Roberson**

**2115 Hillcrest Street**

**Apt. 254**

**Mesquite**                    **TX**       **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| **3.57** | Nonpriority creditor's name and mailing address |
|---|---|

**City of Mesquite**

**Attn.: Code Enforcement**

**1515 N. Galloway Ave.**

**Mesquite**                    **TX**       **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| **3.58** | Nonpriority creditor's name and mailing address |
|---|---|

**City of Mesquite Water Utilities**

**757 N Galloway Ave**

**Mesquite**                    **TX**       **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$20,000.00**

---

| **3.59** | Nonpriority creditor's name and mailing address |
|---|---|

**Clarence Johnson**

**2021 Hillcrest Street**

**Apt. 1080**

**Mesquite**                    **TX**       **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.60** | Nonpriority creditor's name and mailing address |
|---|---|

**Conrad Carbo**

**2105 Hillcrest Street**

**Apt. 216**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.61** | Nonpriority creditor's name and mailing address |
|---|---|

**Constance Hawkins**

**2023 Hillcrest Street**

**Apt. 1085**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.62** | Nonpriority creditor's name and mailing address |
|---|---|

**Constantino Sanchez**

**2011 Hillcrest Street**

**Apt. 2048**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.63** | Nonpriority creditor's name and mailing address |
|---|---|

**Cook Keith & Davis**

**6688 North Central Expressway**

**Suite 1000**

**Dallas**          **TX**     **75206**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$25,000.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.64**   **Nonpriority creditor's name and mailing address**

**Corey Rogers**

**2007 Hillcrest Street**

**Apt. 2028**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.65**   **Nonpriority creditor's name and mailing address**

**Crystal Dean**

**2017 Hillcrest Street**

**Apt. 1062**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.66**   **Nonpriority creditor's name and mailing address**

**Curtis Williams**

**2013 Hillcrest Street**

**Apt. 1054**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.67** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Cynthia Prince**

**2021 Hillcrest Street**

**Apt. 2076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mesquite**                **TX**      **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Apartment Lease

**3.68** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Daja Barrett**

**2009 Hillcrest Street**

**Apt. 1036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mesquite**                **TX**      **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Apartment Lease

**3.69** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Danyel Bateman**

**2113 Hillcrest Street**

**Apt. 240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mesquite**                **TX**      **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.70** Nonpriority creditor's name and mailing address

**Daphne Evans**

**2009 Hillcrest Street**

**Apt. 1035**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.71** Nonpriority creditor's name and mailing address

**Darla Jackson**

**2115 Hillcrest Street**

**Apt. 258**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.72** Nonpriority creditor's name and mailing address

**Dartanion Bell**

**2013 Hillcrest Street**

**Apt. 2058**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **CC Hillcrest, LLC**    Case number (if known)    **22-31362-swe**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | **Nonpriority creditor's name and mailing address** |
|---|---|

**David Benum**

**2007 Hillcrest Street**

**Apt. 1028**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.74 | **Nonpriority creditor's name and mailing address** |
|---|---|

**David Lewellen**

**2103 Hillcrest Street**

**Apt. 108**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.75 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dearetha Williams**

**2013 Hillcrest Street**

**Apt. 1057**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor   **CC Hillcrest, LLC**                                    Case number (if known)   **22-31362-swe**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.76**   Nonpriority creditor's name and mailing address

**Debra Tyus**

**2003 Hillcrest Street**

**Apt. 1004**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.77**   Nonpriority creditor's name and mailing address

**Decorey Crittenden**

**2119 Hillcrest Street**

**Apt. 265**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.78**   Nonpriority creditor's name and mailing address

**Deford Supply**

**aka Builders FirstSource**

**4225 Gannon Lane**

**Dallas**                    **TX**      **75237**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.79**   Nonpriority creditor's name and mailing address

**Demond Bowden**

**2013 Hillcrest Street**

**Apt. 1056**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.80 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Denicia Pruett**

**2023 Hillcrest Street**

**Apt. 1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

| **Mesquite** | **TX** | **75149** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Apartment Lease

---

| 3.81 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Deonitay Youman**

**2105 Hillcrest Street**

**Apt. 213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

| **Mesquite** | **TX** | **75149** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Apartment Lease

---

| 3.82 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Deonna Nelson**

**2025 Hillcrest Street**

**Apt. 2091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

| **Mesquite** | **TX** | **75149** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Deric Jones

2015 Hillcrest Street

Apt. 1073

☐ Contingent
☐ Unliquidated
☐ Disputed

| Mesquite | TX | 75149 |
|---|---|---|

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

Apartment Lease

| **3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Desha Carter

2025 Hillcrest Street

Apt. 1098

☐ Contingent
☐ Unliquidated
☐ Disputed

| Mesquite | TX | 75149 |
|---|---|---|

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

Apartment Lease

| **3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Devin Flournoy

2103 Hillcrest Street

Apt. 206

☐ Contingent
☐ Unliquidated
☐ Disputed

| Mesquite | TX | 75149 |
|---|---|---|

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.86 | Nonpriority creditor's name and mailing address | | | |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Diaz Quevedo**

☐ Contingent

**2023 Hillcrest Street**

☐ Unliquidated

**Apt. 2086**

☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Apartment Lease

| 3.87 | Nonpriority creditor's name and mailing address | | | |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Dolie Taylor**

☐ Contingent

**2113 Hillcrest Street**

☐ Unliquidated

**Apt. 144**

☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Apartment Lease

| 3.88 | Nonpriority creditor's name and mailing address | | | |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Donna Chesser**

☐ Contingent

**2015 Hillcrest Street**

☐ Unliquidated

**Apt. 1071**

☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Apartment Lease

Debtor    **CC Hillcrest, LLC**                                    Case number (if known)  **22-31362-swe**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | **Nonpriority creditor's name and mailing address** |

**Doris Grice**

**2027 Hillcrest Street**

**Apt. 2101**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

| 3.90 | **Nonpriority creditor's name and mailing address** |

**Duane Wesley**

**2015 Hillcrest Street**

**Apt. 2068**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

| 3.91 | **Nonpriority creditor's name and mailing address** |

**Dutchie Bates**

**2009 Hillcrest Street**

**Apt. 1033**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.92** | Nonpriority creditor's name and mailing address

**Eddie Miles**

**2027 Hillcrest Street**

**Apt. 2104**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.93** | Nonpriority creditor's name and mailing address

**Edna Hudson**

**2103 Hillcrest Street**

**Apt. 202**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.94** | Nonpriority creditor's name and mailing address

**Edward Crim**

**2017 Hillcrest Street**

**Apt. 1066**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.95**    Nonpriority creditor's name and mailing address

**Efrain Garcia**

**2001 Hillcrest Street**

**Apt. 1017**

**Mesquite**    **TX**    **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.96**    Nonpriority creditor's name and mailing address

**Elizabeth Cerda**

**2107 Hillcrest Street**

**Apt. 127**

**Mesquite**    **TX**    **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.97**    Nonpriority creditor's name and mailing address

**Elizabeth Hernandez**

**2021 Hillcrest Street**

**Apt. 1081**

**Mesquite**    **TX**    **75149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.98** Nonpriority creditor's name and mailing address

**Elva Guadalupe**

**2001 Hillcrest Street**

**Apt. 2017**

**Mesquite**                **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.99** Nonpriority creditor's name and mailing address

**Elvira Iverson**

**2011 Hillcrest Street**

**Apt. 1048**

**Mesquite**                **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.100** Nonpriority creditor's name and mailing address

**Emily Derrick**

**2007 Hillcrest Street**

**Apt. 2031**

**Mesquite**                **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor      **CC Hillcrest, LLC**                                    Case number (if known)   **22-31362-swe**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**Emily Gonzalez**

**2005 Hillcrest Street**                                    ☐ Contingent
                                                             ☐ Unliquidated
**Apt. 2011**                                                ☐ Disputed

**Basis for the claim:**

**Mesquite**                TX      75149                    **Notice Only**

Date or dates debt was incurred    _____              **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __               ☑ No
                                                             ☐ Yes
**Apartment Lease**

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**Emily Rucker**

**2105 Hillcrest Street**                                    ☐ Contingent
                                                             ☐ Unliquidated
**Apt. 215**                                                 ☐ Disputed

**Basis for the claim:**

**Mesquite**                TX      75149                    **Notice Only**

Date or dates debt was incurred    _____              **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __               ☑ No
                                                             ☐ Yes
**Apartment Lease**

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

*Check all that apply.*

**Emma Greenwell**

**2107 Hillcrest Street**                                    ☐ Contingent
                                                             ☐ Unliquidated
**Apt. 126**                                                 ☐ Disputed

**Basis for the claim:**

**Mesquite**                TX      75149                    **Notice Only**

Date or dates debt was incurred    _____              **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __               ☑ No
                                                             ☐ Yes
**Apartment Lease**

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,000.00** |

*Check all that apply.*

**ENTECH SALES AND SERVICE LLC**

**3404 GARDEN BROOK DRIVE**                                  ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Basis for the claim:**

**DALLAS**                  TX      75234                    **Business Debt**

Date or dates debt was incurred    _____              **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __               ☑ No
                                                             ☐ Yes

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|--------|------------------------|------------------------|------------------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.105** | **Nonpriority creditor's name and mailing address** |
|-----------|-----------------------------------------------------|

**ERT Contractors LLC**

**609 Duke Dr**

**Desoto**                    **TX**    **75115**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,000.00**

---

| **3.106** | **Nonpriority creditor's name and mailing address** |
|-----------|-----------------------------------------------------|

**Faeleshia Martin**

**2005 Hillcrest Street**

**Apt. 1011**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.107** | **Nonpriority creditor's name and mailing address** |
|-----------|-----------------------------------------------------|

**Falicia Jahnke**

**2021 Hillcrest Street**

**Apt. 2075**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.108** | **Nonpriority creditor's name and mailing address** |
|-----------|-----------------------------------------------------|

**Fidencio Guerra**

**2025 Hillcrest Street**

**Apt. 1095**

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109**  **Nonpriority creditor's name and mailing address**

**Flavio Ortiz**

**2003 Hillcrest Street**

**Apt. 1005**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.110**  **Nonpriority creditor's name and mailing address**

**Fresh Start Carpet Care**

**P.O.Box 1453**

**Kennedale**                  **TX     76060**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

---

**3.111**  **Nonpriority creditor's name and mailing address**

**Georgann Miller**

**2109 Hillcrest Street**

**Apt. 136**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.112**  **Nonpriority creditor's name and mailing address**

**Gerald Crayton**

**2115 Hillcrest Street**

**Apt. 253**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.113**   Nonpriority creditor's name and mailing address

**Glendens Bazuaye**

**2013 Hillcrest Street**

**Apt. 1051**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.114**   Nonpriority creditor's name and mailing address

**Godwin Madubuchi**

**2103 Hillcrest Street**

**Apt. 102**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.115**   Nonpriority creditor's name and mailing address

**Gracie Chalk**

**2103 Hillcrest Street**

**Apt. 103**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**Gregory Johnson**

**2023 Hillcrest Street**

**Apt. 2085**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

| 3.117 | Nonpriority creditor's name and mailing address |
|---|---|

**Gustavo Pineda**

**2025 Hillcrest Street**

**Apt. 2095**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

| 3.118 | Nonpriority creditor's name and mailing address |
|---|---|

**Hank Dillard**

**2001 Hillcrest Street**

**Apt. 2022**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.119** Nonpriority creditor's name and mailing address

**$0.00**

**Hattie Williams**

**2113 Hillcrest Street**

**Apt. 246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite** **TX** **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Apartment Lease

**3.120** Nonpriority creditor's name and mailing address

**$1,000.00**

**HD Supply Facilities Maintenance, Ltd.**

**550 Lakeside Pkwy**

**# 100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Flower Mound** **TX** **75028**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.121** Nonpriority creditor's name and mailing address

**$0.00**

**Heather Boles**

**2021 Hillcrest Street**

**Apt. 2081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite** **TX** **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Apartment Lease

**3.122** Nonpriority creditor's name and mailing address

**$0.00**

**Irma Moradel**

**2107 Hillcrest Street**

**Apt. 130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite** **TX** **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.123** Nonpriority creditor's name and mailing address

**Irma Sorto**

**10111 Oak Gate Lane**

**Dallas**　　　　　　**TX**　　**75217**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Apartment Lease

---

**3.124** Nonpriority creditor's name and mailing address

**J National**

**2445 Midway Rd**

**Suite 200A**

**Carrollton**　　　　　**TX**　　**75006**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$40,000.00**

---

**3.125** Nonpriority creditor's name and mailing address

**Jalessa Boyd**

**2009 Hillcrest Street**

**Apt. 2033**

**Mesquite**　　　　　**TX**　　**75149**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Apartment Lease

---

**3.126** Nonpriority creditor's name and mailing address

**Jalyn Alexander**

**2103 Hillcrest Street**

**Apt. 101**

**Mesquite**　　　　　**TX**　　**75149**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Apartment Lease

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.127** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Jameka Brown**

**2119 Hillcrest Street**

**Apt. 267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.128** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**James Moore**

**2007 Hillcrest Street**

**Apt. 1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.129** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**James Walker**

**2005 Hillcrest Street**

**Apt. 1016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Mesquite**          **TX**      **75149**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Apartment Lease

| Debtor | CC Hillcrest, LLC | Case number (if known) | 22-31362-swe |
|--------|-------------------|------------------------|--------------|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.130 | Nonpriority creditor's name and mailing address |
|-------|---------------------------------------------------|

**Jamil Husein**

**2013 Hillcrest Street**

**Apt. 2049**

**Mesquite**                          **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.131 | Nonpriority creditor's name and mailing address |
|-------|---------------------------------------------------|

**Janice Cain**

**2015 Hillcrest Street**

**Apt. 2067**

**Mesquite**                          **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.132 | Nonpriority creditor's name and mailing address |
|-------|---------------------------------------------------|

**Janice Lusk**

**2015 Hillcrest Street**

**Apt. 1074**

**Mesquite**                          **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.133** | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Jasmine Granger**

**2109 Hillcrest Street**

**Apt. 135**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mesquite**          **TX**      **75149**

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

- ☒ No
- ☐ Yes

Apartment Lease

| **3.134** | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Javier Gutierrez**

**2105 Hillcrest Street**

**Apt. 121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mesquite**          **TX**      **75149**

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

- ☒ No
- ☐ Yes

Apartment Lease

| **3.135** | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Jeanetta Thomas**

**2007 Hillcrest Street**

**Apt. 2027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mesquite**          **TX**      **75149**

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

- ☒ No
- ☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.136 | Nonpriority creditor's name and mailing address |
|---|---|

**Jeffery Bounds**

**2113 Hillcrest Street**

**Apt. 249**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.137 | Nonpriority creditor's name and mailing address |
|---|---|

**Jennie Lujan**

**2027 Hillcrest Street**

**Apt. 2100**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.138 | Nonpriority creditor's name and mailing address |
|---|---|

**Jennifer Lacy**

**2115 Hillcrest Street**

**Apt. 152**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Martin**

**2015 Hillcrest Street**

**Apt. 1072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**                    **TX**      **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremia Gray**

**2005 Hillcrest Street**

**Apt. 1014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**                    **TX**      **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerrika Simpson**

**2107 Hillcrest Street**

**Apt. 225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**                    **TX**      **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.142** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Jessica White**

**2113 Hillcrest Street**

**Apt. 140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.143** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$1,000.00**

**JLV Remodeling LLC**

**PO Box 271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lavron**          **TX**    **75166**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| **3.144** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Joe Manning**

**2119 Hillcrest Street**

**Apt. 170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.145** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**John McKinney**

**2119 Hillcrest Street**

**Apt. 165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|--------|----------------------|------------------------|------------------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.146** | Nonpriority creditor's name and mailing address |
|---|---|

**Johnathan Rodriguez**

**2007 Hillcrest Street**

**Apt. 2032**

**Mesquite**                          **TX        75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| **3.147** | Nonpriority creditor's name and mailing address |
|---|---|

**Johnny Flores**

**2013 Hillcrest Street**

**Apt. 2056**

**Mesquite**                          **TX        75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| **3.148** | Nonpriority creditor's name and mailing address |
|---|---|

**Jonesia Lester**

**2113 Hillcrest Street**

**Apt. 150**

**Mesquite**                          **TX        75149**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.149 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joseph Facio**

**2027 Hillcrest Street**

**Apt. 2105**

**Mesquite**            **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.150 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joseph Jones**

**2015 Hillcrest Street**

**Apt. 1070**

**Mesquite**            **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.151 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joseph Trejo**

**2027 Hillcrest Street**

**Apt. 2099**

**Mesquite**            **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.152** Nonpriority creditor's name and mailing address

**Joshua Hernandez**

**2017 Hillcrest Street**

**Apt. 2064**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.153** Nonpriority creditor's name and mailing address

**Joyce Kruse**

**2109 Hillcrest Street**

**Apt. 238**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.154** Nonpriority creditor's name and mailing address

**Juan Bernal**

**2119 Hillcrest Street**

**Apt. 264**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **CC Hillcrest, LLC**                                    Case number (if known)    **22-31362-swe**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.155** Nonpriority creditor's name and mailing address

**Juan Carey**

**2001 Hillcrest Street**

**Apt. 2024**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite            TX      75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Apartment Lease

**$0.00**

**3.156** Nonpriority creditor's name and mailing address

**Julia Pipkins**

**2001 Hillcrest Street**

**Apt. 2023**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite            TX      75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Apartment Lease

**$0.00**

**3.157** Nonpriority creditor's name and mailing address

**Kamecia Brown**

**2005 Hillcrest Street**

**Apt. 20212**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite            TX      75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

Apartment Lease

**$0.00**

| Debtor | **CC Hillcrest, LLC** | | Case number (if known) | **22-31362-swe** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.158** Nonpriority creditor's name and mailing address

**Kamecia Brown**

**2105 Hillcrest Street**

**Apt. 214**

**Mesquite**  **TX**  **75149**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.159** Nonpriority creditor's name and mailing address

**Karen Chatmon**

**2005 Hillcrest Street**

**Apt. 2016**

**Mesquite**  **TX**  **75149**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.160** Nonpriority creditor's name and mailing address

**Kataria Roland**

**2001 Hillcrest Street**

**Apt. 1023**

**Mesquite**  **TX**  **75149**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **CC Hillcrest, LLC**                                  Case number (if known)   **22-31362-swe**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.161**   **Nonpriority creditor's name and mailing address**

**Kathryn Blair**

**2115 Hillcrest Street**

**Apt. 151**

**Mesquite**              **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.162**   **Nonpriority creditor's name and mailing address**

**Katrina Miller**

**2113 Hillcrest Street**

**Apt. 250**

**Mesquite**              **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.163**   **Nonpriority creditor's name and mailing address**

**Kechia Mitchell**

**2009 Hillcrest Street**

**Apt. 2038**

**Mesquite**              **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.164**  Nonpriority creditor's name and mailing address

**Kedrick Armstrong**

**2003 Hillcrest Street**

**Apt. 2002**

_____

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.165**  Nonpriority creditor's name and mailing address

**Kelsey Cheadle**

**2119 Hillcrest Street**

**Apt. 263**

_____

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.166**  Nonpriority creditor's name and mailing address

**Kenneth Louden**

**2017 Hillcrest Street**

**Apt. 1063**

_____

**Mesquite**                    **TX**    **75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **CC Hillcrest, LLC**                                    Case number (if known)  **22-31362-swe**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.167 | Nonpriority creditor's name and mailing address |
|---|---|

**Kenneth Mihm**

**2005 Hillcrest Street**

**Apt. 1012**

**Mesquite**                     **TX**      **75149**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.168 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Guinn**

**2105 Hillcrest Street**

**Apt. 114**

**Mesquite**                     **TX**      **75149**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.169 | Nonpriority creditor's name and mailing address |
|---|---|

**Keyondra Barrett**

**2105 Hillcrest Street**

**Apt. 222**

**Mesquite**                     **TX**      **75149**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.170**   **Nonpriority creditor's name and mailing address**

**Kimberly Pipkins**

**2017 Hillcrest Street**

**Apt. 2065**

**Mesquite**     **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.171**   **Nonpriority creditor's name and mailing address**

**Kirsti Chance**

**2103 Hillcrest Street**

**Apt. 104**

**Mesquite**     **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.172**   **Nonpriority creditor's name and mailing address**

**Krystal Moore**

**2009 Hillcrest Street**

**Apt. 2035**

**Mesquite**     **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.173** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**LaChristian Frazier**

**2005 Hillcrest Street**

**Apt. 2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**Apartment Lease**

| **3.174** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Lacresha Harris**

**2109 Hillcrest Street**

**Apt. 235**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**Apartment Lease**

| **3.175** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**LaDonna Maxie**

**2107 Hillcrest Street**

**Apt. 230**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**Apartment Lease**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.176** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Lajoya Lewis**

**2105 Hillcrest Street**

**Apt. 219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

---

| **3.177** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**LaKeisha Mathis**

**2021 Hillcrest Street**

**Apt. 2082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

---

| **3.178** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**LAMG Solutions**

**14647 Lasater Rd**

**# 67**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

| **Dallas** | **TX** | **75253** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.179** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**LaPorchia Branch**

**2005 Hillcrest Street**

**Apt. 1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.180** Nonpriority creditor's name and mailing address

**LaQuandra Moore**

**2109 Hillcrest Street**

**Apt. 132**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.181** Nonpriority creditor's name and mailing address

**Lasasha Frazier**

**2009 Hillcrest Street**

**Apt. 2034**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.182** Nonpriority creditor's name and mailing address

**Latoya Mnanyo**

**2009 Hillcrest Street**

**Apt. 2036**

**Mesquite**                    **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|--------|----------------------|------------------------|------------------|

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.183** | **Nonpriority creditor's name and mailing address** |
|-----------|---------------------------------------------------|

**Latoyia Pearson**

**2023 Hillcrest Street**

**Apt. 2084**

**Mesquite                          TX      75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.184** | **Nonpriority creditor's name and mailing address** |
|-----------|---------------------------------------------------|

**Lavert Williams**

**2115 Hillcrest Street**

**Apt. 154**

**Mesquite                          TX      75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.185** | **Nonpriority creditor's name and mailing address** |
|-----------|---------------------------------------------------|

**Lawrence Frazier**

**2013 Hillcrest Street**

**Apt. 1049**

**Mesquite                          TX      75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.186** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Leroy Crawford**

**2015 Hillcrest Street**

**Apt. 1067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mesquite** **TX** **75149**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Apartment Lease

| **3.187** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Linda Evans**

**2107 Hillcrest Street**

**Apt. 223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mesquite** **TX** **75149**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Apartment Lease

| **3.188** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Linda Kenner**

**2115 Hillcrest Street**

**Apt. 158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mesquite** **TX** **75149**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.189**  Nonpriority creditor's name and mailing address

**Linda Osayi**

**2107 Hillcrest Street**

**Apt. 123**

**Mesquite**  **TX**  **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.190**  Nonpriority creditor's name and mailing address

**Lisa Moore**

**2119 Hillcrest Street**

**Apt. 268**

**Mesquite**  **TX**  **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.191**  Nonpriority creditor's name and mailing address

**Lora Key**

**2025 Hillcrest Street**

**Apt. 2098**

**Mesquite**  **TX**  **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **CC Hillcrest, LLC**                                    Case number (if known)   **22-31362-swe**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.192**   **Nonpriority creditor's name and mailing address**

Louise Clayton

2023 Hillcrest Street

Apt. 2083

Mesquite                    TX      75149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.193**   **Nonpriority creditor's name and mailing address**

Ltanya Wilson

2015 Hillcrest Street

Apt. 1069

Mesquite                    TX      75149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194**   **Nonpriority creditor's name and mailing address**

Luis Hernandez

2109 Hillcrest Street

Apt. 137

Mesquite                    TX      75149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **CC Hillcrest, LLC**                                          Case number (if known) **22-31362-swe**

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.195 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Mabeline Kelly**

**2107 Hillcrest Street**

**Apt. 124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mesquite**            **TX**    **75149**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

Apartment Lease

| 3.196 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Maria Lopez**

**2105 Hillcrest Street**

**Apt. 115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mesquite**            **TX**    **75149**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

Apartment Lease

| 3.197 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Marian Newton**

**2001 Hillcrest Street**

**Apt. 1024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mesquite**            **TX**    **75149**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

Apartment Lease

Debtor   **CC Hillcrest, LLC**                                    Case number (if known)   **22-31362-swe**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.198 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Marilyn Emeory**

**2011 Hillcrest Street**

**Apt. 2043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**               **TX**    **75149**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

| 3.199 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Mark Johnson**

**2027 Hillcrest Street**

**Apt. 1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**               **TX**    **75149**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

| 3.200 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Markiqce Seaton**

**2027 Hillcrest Street**

**Apt. 2103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**               **TX**    **75149**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

### Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.201**    Nonpriority creditor's name and mailing address

**Martin Terri**

**2105 Hillcrest Street**

**Apt. 220**

**Mesquite**            TX    75149

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.202**    Nonpriority creditor's name and mailing address

**Marvin's Carpet Cleaning LLC**

**3832 Summer Hill Dr**

**Balch Springs**            TX    75180

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.203**    Nonpriority creditor's name and mailing address

**Mary Jones**

**2007 Hillcrest Street**

**Apt. 1029**

**Mesquite**            TX    75149

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.204**    Nonpriority creditor's name and mailing address

**Massey Services, Inc.**

**7101 John W. Carpenter Fwy**

**Dallas**            TX    75247

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.205**   Nonpriority creditor's name and mailing address

**Matthews, Shiels, Knott,**

  **Eden, Davis & Beanland, L.L.P.**

**8131 LBJ Freeway**

**Suite 700**

**Dallas**                          TX      75251

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

**3.206**   Nonpriority creditor's name and mailing address

**MCO Painting Construction**

**8420 Midland Lane**

_____

**Dallas**                          TX      75217

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

**3.207**   Nonpriority creditor's name and mailing address

**Melinda Childs**

**2027 Hillcrest Street**

**Apt. 1102**

**Mesquite**                        TX      75149

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Apartment Lease**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.208**   Nonpriority creditor's name and mailing address

**Melodie Lyons**

**2023 Hillcrest Street**

**Apt. 2089**

**Mesquite**                        TX      75149

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Apartment Lease**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.209** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Melvin Floyd**

**2013 Hillcrest Street**

**Apt. 2055**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

| **3.210** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Michael Austin**

**2025 Hillcrest Street**

**Apt. 1097**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

| **3.211** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Michael Marshall**

**2017 Hillcrest Street**

**Apt. 1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.212** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

Michelle Lee

2103 Hillcrest Street

Apt. 201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Apartment Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.213** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

Mildred Stewart

2003 Hillcrest Street

Apt. 2004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Apartment Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.214** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

Minerva Suarez

2113 Hillcrest Street

Apt. 243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Apartment Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **CC Hillcrest, LLC** | | Case number (if known) | **22-31362-swe** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.215**  Nonpriority creditor's name and mailing address

Natasha Ford

2109 Hillcrest Street

Apt. 231

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.216**  Nonpriority creditor's name and mailing address

Nathan Lougin

2021 Hillcrest Street

Apt. 2078

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.217**  Nonpriority creditor's name and mailing address

Nationwide Compliant

P.O. Box 844569

Boston                    MA      02284

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

**3.218**  Nonpriority creditor's name and mailing address

Nehami Hamilton

2103 Hillcrest Street

Apt. 207

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|--------|----------------------|------------------------|------------------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.219** Nonpriority creditor's name and mailing address

**Nicholas Jennings**

**2109 Hillcrest Street**

**Apt. 133**

**Mesquite**            **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.220** Nonpriority creditor's name and mailing address

**Nichole Franklin**

**2023 Hillcrest Street**

**Apt. 1089**

**Mesquite**            **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.221** Nonpriority creditor's name and mailing address

**Norberto Camacho**

**2003 Hillcrest Street**

**Apt. 1001**

**Mesquite**            **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.222** Nonpriority creditor's name and mailing address

Oscar Ortega

2027 Hillcrest Street

Apt. 2106

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.223** Nonpriority creditor's name and mailing address

Paint Match

PO Box 803182

Dallas                    TX      75380

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.224** Nonpriority creditor's name and mailing address

Phaithe Pendleton

2023 Hillcrest Street

Apt. 1084

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.225** Nonpriority creditor's name and mailing address

Priscilla Martinez

2009 Hillcrest Street

Apt. 2036

Mesquite                    TX      75149

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.226**   Nonpriority creditor's name and mailing address

**Queara Myles**

**2011 Hillcrest Street**

**Apt. 1044**

**Mesquite**                          TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.227**   Nonpriority creditor's name and mailing address

**Quest Resource Management Group, LLC**

**3481 Plano Pkwy**

**#9440**

**The Colony**                          TX      75056

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

**3.228**   Nonpriority creditor's name and mailing address

**Quincy Bryant**

**2107 Hillcrest Street**

**Apt. 128**

**Mesquite**                          TX      75149

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.229**   Nonpriority creditor's name and mailing address

**Rasa Floors & Carpet Cleaning, LLC**

**2833 Eisenhower St**

**Suite 100**

**Carrollton**                          TX      75007

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,000.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.230** Nonpriority creditor's name and mailing address

Raul Gonzales

2105 Hillcrest Street

Apt. 117

Mesquite                TX      75149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address

Ray Smith

2001 Hillcrest Street

Apt. 2019

Mesquite                TX      75149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.232** Nonpriority creditor's name and mailing address

RealPage, Inc.

2201 Lakeside Blvd

Richardson              TX      75082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**$1,000.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.233** Nonpriority creditor's name and mailing address

Rebecca Villareal

2025 Hillcrest Street

Apt. 2094

Mesquite                TX      75149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.234** | Nonpriority creditor's name and mailing address

**Regina Scroggins**

**2105 Hillcrest Street**

**Apt. 110**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.235** | Nonpriority creditor's name and mailing address

**Renee Houston**

**2015 Hillcrest Street**

**Apt. 2072**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.236** | Nonpriority creditor's name and mailing address

**Ricardo Garcia**

**2025 Hillcrest Street**

**Apt. 2093**

**Mesquite**          **TX**     **75149**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.237** | Nonpriority creditor's name and mailing address |
|---|---|

**Richard Pegue**

**2113 Hillcrest Street**

**Apt. 239**

| **Mesquite** | **TX** | **75149** |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.238** | Nonpriority creditor's name and mailing address |
|---|---|

**Richelle Williams**

**1810 Commerce St**

**Apt 911**

| **Dallas** | **TX** | **75201** |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.239** | Nonpriority creditor's name and mailing address |
|---|---|

**Ricky Pierce**

**6216 Cedar Ln.**

| **Rowlett** | **TX** | **75089** |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.240**   Nonpriority creditor's name and mailing address

**$0.00**

**Robbin Biggers**

**2113 Hillcrest Street**

**Apt. 145**

**Mesquite**            **TX**     **75149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

Apartment Lease

**3.241**   Nonpriority creditor's name and mailing address

**$0.00**

**Robert Patterson**

**2105 Hillcrest Street**

**Apt. 218**

**Mesquite**            **TX**     **75149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

Apartment Lease

**3.242**   Nonpriority creditor's name and mailing address

**$0.00**

**Roderick Williams**

**2007 Hillcrest Street**

**Apt. 2030**

**Mesquite**            **TX**     **75149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | | Case number (if known) | **22-31362-swe** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.243**   **Nonpriority creditor's name and mailing address**

**Rodolfo Lopez**

**2027 Hillcrest Street**

**Apt. 1103**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.244**   **Nonpriority creditor's name and mailing address**

**Rosalind Hill**

**2115 Hillcrest Street**

**Apt. 156**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.245**   **Nonpriority creditor's name and mailing address**

**Rose Sims**

**2021 Hillcrest Street**

**Apt. 1075**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.246** Nonpriority creditor's name and mailing address

**Ruby Sledge**

**2021 Hillcrest Street**

**Apt. 1078**

**Mesquite**                          **TX      75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.247** Nonpriority creditor's name and mailing address

**Samara Phillips**

**2105 Hillcrest Street**

**Apt. 113**

**Mesquite**                          **TX      75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.248** Nonpriority creditor's name and mailing address

**Sandra Brown**

**2011 Hillcrest Street**

**Apt. 1042**

**Mesquite**                          **TX      75149**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor    **CC Hillcrest, LLC**                                                Case number (if known)   **22-31362-swe**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.249** Nonpriority creditor's name and mailing address

**Sandra Contreras**

**2025 Hillcrest Street**

**Apt. 1091**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.250** Nonpriority creditor's name and mailing address

**Scheron Greene**

**2021 Hillcrest Street**

**Apt. 1082**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.251** Nonpriority creditor's name and mailing address

**Scott Langley**

**2109 Hillcrest Street**

**Apt. 233**

**Mesquite**                    **TX**        **75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | __CC Hillcrest, LLC__ | Case number (if known) | __22-31362-swe__ |
|---|---|---|---|

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.252 | Nonpriority creditor's name and mailing address |
|---|---|

**Shamaya Herford**

**2109 Hillcrest Street**

**Apt. 237**

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.253 | Nonpriority creditor's name and mailing address |
|---|---|

**Shaniece Glenn**

**2103 Hillcrest Street**

**Apt. 105**

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.254 | Nonpriority creditor's name and mailing address |
|---|---|

**Shannon Harwell**

**2005 Hillcrest Street**

**Apt. 2010**

| Mesquite | TX | 75149 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.255** | **Nonpriority creditor's name and mailing address** |

**Shantell French**

**2009 Hillcrest Street**

**Apt. 2039**

**Mesquite                    TX        75149**

| Date or dates debt was incurred | |
| Last 4 digits of account number | __  __  __  __ |

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.256** | **Nonpriority creditor's name and mailing address** |

**Sharon Jones**

**2115 Hillcrest Street**

**Apt. 251**

**Mesquite                    TX        75149**

| Date or dates debt was incurred | |
| Last 4 digits of account number | __  __  __  __ |

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.257** | **Nonpriority creditor's name and mailing address** |

**Sharon Tucker**

**2109 Hillcrest Street**

**Apt. 131**

**Mesquite                    TX        75149**

| Date or dates debt was incurred | |
| Last 4 digits of account number | __  __  __  __ |

Apartment Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.258**  **Nonpriority creditor's name and mailing address**

**Shavontay Palmer**

**2119 Hillcrest Street**

**Apt. 266**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.259**  **Nonpriority creditor's name and mailing address**

**Shelby Virtue**

**2009 Hillcrest Street**

**Apt. 1038**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.260**  **Nonpriority creditor's name and mailing address**

**Sherre Brown**

**2115 Hillcrest Street**

**Apt. 257**

**Mesquite**                    **TX     75149**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.261**  **Nonpriority creditor's name and mailing address**

**Sherwin-Williams Paint**

**3412 Oak Lawn Ave**

**Dallas**                    **TX     75219**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|--------|----------------------|------------------------|------------------|

---

**Part 2:**    **Additional Page**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.262** | **Nonpriority creditor's name and mailing address** |
|-----------|----------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Shinoibui Gardner**

**2109 Hillcrest Street**

**Apt. 234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Apartment Lease**

---

| **3.263** | **Nonpriority creditor's name and mailing address** |
|-----------|----------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Shona Walder**

**2107 Hillcrest Street**

**Apt. 227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Apartment Lease**

---

| **3.264** | **Nonpriority creditor's name and mailing address** |
|-----------|----------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Sixta Pena**

**2003 Hillcrest Street**

**Apt. 1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Apartment Lease**

---

| **3.265** | **Nonpriority creditor's name and mailing address** |
|-----------|----------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$300.00

**Spectrum Business**

**8060 Park Lane**

**Suite 120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**    **75231**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.266** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Susan Murillo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2103 Hillcrest Street**

**Apt. 107**

Basis for the claim:

**Mesquite**     **TX**    **75149**

**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Apartment Lease**

**3.267** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Tameka Perkins**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2107 Hillcrest Street**

**Apt. 224**

Basis for the claim:

**Mesquite**     **TX**    **75149**

**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Apartment Lease**

**3.268** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Tangela English**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2115 Hillcrest Street**

**Apt. 255**

Basis for the claim:

**Mesquite**     **TX**    **75149**

**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Apartment Lease**

Debtor    **CC Hillcrest, LLC**                                    Case number (if known)  **22-31362-swe**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.269**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Tareena Pitts**
**2003 Hillcrest Street**
**Apt. 2008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mesquite**              **TX**      **75149**       **Notice Only**

**Date or dates debt was incurred**            **Is the claim subject to offset?**
**Last 4 digits of account number**  __ __ __ __     ☑ No
                                                ☐ Yes
**Apartment Lease**

**3.270**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Teddi Beard**
**2009 Hillcrest Street**
**Apt. 2037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mesquite**              **TX**      **75149**       **Notice Only**

**Date or dates debt was incurred**            **Is the claim subject to offset?**
**Last 4 digits of account number**  __ __ __ __     ☑ No
                                                ☐ Yes
**Apartment Lease**

**3.271**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Terry Wood**
**2013 Hillcrest Street**
**Apt. 1056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mesquite**              **TX**      **75149**       **Notice Only**

**Date or dates debt was incurred**            **Is the claim subject to offset?**
**Last 4 digits of account number**  __ __ __ __     ☑ No
                                                ☐ Yes
**Apartment Lease**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.272** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

Theresa King

2013 Hillcrest Street

Apt. 2052

☐ Contingent
☐ Unliquidated
☐ Disputed

Mesquite                      TX      75149

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Apartment Lease

**3.273** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

Theresa Turner

2003 Hillcrest Street

Apt. 2005

☐ Contingent
☐ Unliquidated
☐ Disputed

Mesquite                      TX      75149

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Apartment Lease

**3.274** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

Thurgood, Inc.

d/b/a H2O Plumbing & Hot Water Systems

PO Box 941265

☐ Contingent
☐ Unliquidated
☐ Disputed

Plano                         TX      75094

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**3.275** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

Tiffany Hare

2001 Hillcrest Street

Apt. 2018

☐ Contingent
☐ Unliquidated
☐ Disputed

Mesquite                      TX      75149

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.276 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Tina Turner**

**2105 Hillcrest Street**

**Apt. 211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Apartment Lease**

---

| 3.277 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Tomika Jessie**

**2011 Hillcrest Street**

**Apt. 2042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Apartment Lease**

---

| 3.278 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$300.00**

**Tony & Sons Handyman Services**

**10020 Heritage Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**    **75217**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Trena Redic**

**2109 Hillcrest Street**

**Apt. 232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**          **TX**    **75149**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Apartment Lease**

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.280**  Nonpriority creditor's name and mailing address

**Troy's and Jose's Landscaping**

**508 W. Lookout Dr.**

**14-7**

**Richardson**                 **TX**    **75080**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.281**  Nonpriority creditor's name and mailing address

**TXU Energy**

**PO Box 65070**

**Dallas**                     **TX**    **75265**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,000.00**

---

**3.282**  Nonpriority creditor's name and mailing address

**Valerie Skilton**

**2011 Hillcrest Street**

**Apt. 1043**

**Mesquite**                   **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.283**  Nonpriority creditor's name and mailing address

**Verdell Thomas**

**2001 Hillcrest Street**

**Apt. 1020**

**Mesquite**                   **TX**    **75149**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.284** Nonpriority creditor's name and mailing address

**$0.00**

**Veronica Young**

**2113 Hillcrest Street**

**Apt. 139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Apartment Lease

**3.285** Nonpriority creditor's name and mailing address

**$0.00**

**Vicki Uchechukwu**

**2005 Hillcrest Street**

**Apt. 2009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Apartment Lease

**3.286** Nonpriority creditor's name and mailing address

**$0.00**

**Wannalisa Stidom**

**2105 Hillcrest Street**

**Apt. 217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mesquite** | **TX** | **75149** |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Apartment Lease

**3.287** Nonpriority creditor's name and mailing address

**Unknown**

**Wehner Multifamily, LLC**

**901 International Pkwy**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75081** |
|---|---|---|

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.288 | Nonpriority creditor's name and mailing address |
|---|---|

**William Dudley**

**2013 Hillcrest Street**

**Apt. 2053**

**Mesquite**                    **TX    75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| 3.289 | Nonpriority creditor's name and mailing address |
|---|---|

**Willie Brightmon**

**2021 Hillcrest Street**

**Apt. 2079**

**Mesquite**                    **TX    75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| 3.290 | Nonpriority creditor's name and mailing address |
|---|---|

**Willie Tennison**

**2021 Hillcrest Street**

**Apt. 1079**

**Mesquite**                    **TX    75149**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Apartment Lease

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.291** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Yander Mendoza**

**2003 Hillcrest Street**

**Apt. 2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**               **TX**     **75149**

Basis for the claim:

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.292** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Yohandry Gamboa-Silot**

**2113 Hillcrest Street**

**Apt. 149**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**               **TX**     **75149**

Basis for the claim:

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Apartment Lease

| **3.293** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Zouguayla Butler**

**2103 Hillcrest Street**

**Apt. 204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**               **TX**     **75149**

Basis for the claim:

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Apartment Lease

| Debtor | **CC Hillcrest, LLC** | Case number (if known) | **22-31362-swe** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.294** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Zulema Tamez**

☐ Contingent

**2013 Hillcrest Street**

☐ Unliquidated

**Apt. 2051**

☐ Disputed

**Basis for the claim:**

| **Mesquite** | **TX** | **75149** |
|---|---|---|

**Notice Only**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number**   __ __ __ __

☐ Yes

**Apartment Lease**

Debtor    **CC Hillcrest, LLC**                                    Case number (if known)    **22-31362-swe**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1  Cody McCullar, Esq.**<br>**1515 N. Galloway Ave**<br><br>**Mesquite          TX      75149** | Line    **3.57**<br>☐  Not listed.  Explain: | __ __ __ __ |
| **4.2  Darrell Cook, Esq.**<br>**6688 N Central Expy Ste 1000**<br><br>**Dallas            TX      75206-3900** | Line _____<br>☑  Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.3  David Paschall, Esq.**<br>**1515 N. Galloway Ave**<br><br>**Mesquite          TX      75149** | Line    **3.57**<br>☐  Not listed.  Explain: | __ __ __ __ |
| **4.4  Joseph J. Mastrogiovanni, Jr.**<br>**Mastrogiovanni PLLC**<br>**8080 N. Central Expressway, Suite 1300**<br><br>**Dallas            TX      75206** | Line _____<br>☑  Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.5  Julius E. Jenkins**<br>**Legal Aid of NorthWest Texsa**<br>**1515 Main St.**<br><br>**Dallas            TX      75201** | Line _____<br>☑  Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.6  Supawon Lervisit**<br>**Legal Aid of NorthWest Texas**<br>**400 S. Zang Blvd., Suite 1420**<br><br>**Dallas            TX      75208** | Line _____<br>☑  Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **CC Hillcrest, LLC**                                    Case number (if known)    **22-31362-swe**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$180,200.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$180,200.00** |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>CC Hillcrest, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>22-31362-swe</strong>     Chapter     <strong>11</strong></td></tr>
</table>

☑ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.    List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Security Services<br>Contract to be ASSUMED | ADT Security Services<br>400 S Zang Blvd<br>Suite 818 |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                    TX        75208 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Management Contract<br>Contract to be ASSUMED | Top Choice Properties, LLC<br>dba Allied Property Management<br>1900 Country Club Drive<br>Suite 120 |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | Mansfield                TX        76063 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Yard Maintenance<br>Contract to be ASSUMED | Troy's and Jose's Landscaping<br>508 W. Lookout Dr.<br>Suite 14-7 |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | Richardson              TX        75080 |

**Fill in this information to identify the case:**

Debtor name **CC Hillcrest, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **22-31362-swe**
(if known)

☑ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|
| 2.1 **Jared Remington** | **9300 Conroy-Windermere Road**<br>Number    Street<br>**#546**<br><br>**Windermere**    **FL**  **34786**<br>City                State  ZIP Code | **NEF Preservation PB Fund I LP** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **CC Hillcrest, LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known):  **22-31362-swe**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B......................................................................................................... | **$30,000,000.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B...................................................................................................... | **$352,119.65**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B........................................................................................................ | **$30,352,119.65**

## Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$19,250,600.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................... | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................... | **+  $180,200.00**

4.  **Total liabilities**
    Lines 2 + 3a + 3b........................................................................................................................... | **$19,430,800.00**

**Fill in this information to identify the case and this filing:**

Debtor Name   **CC Hillcrest, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **22-31362-swe**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/12/2022**          X **/s/ Jared Remington**
　　　　　MM / DD / YYYY                     Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　**Jared Remington**
　　　　　　　　　　　　　　　　　　　Printed name
　　　　　　　　　　　　　　　　　　　**Manager**
　　　　　　　　　　　　　　　　　　　Position or relationship to debtor