

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 15, 2023**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CC HILLCREST, LLC, | § | CASE NO. 22-31362-swe-11 |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER CONFIRMING DEBTOR'S FIRST AMENDED
### PLAN OF REORGANIZATION, AS MODIFIED HEREIN

CAME ON FOR CONSIDERATION BY THE COURT the *First Amended Plan of Reorganization* [Docket 297], as modified herein ("Plan"), filed by CC Hillcrest, LLC ("Debtor"), the Debtor in the above-styled and numbered case, and the Court having considered the evidence presented and the arguments of counsel, and for the reasons set forth on the record confirms the Plan.  It is accordingly,

**ORDERED, ADJUDGED AND DECREED** that the Plan complies with section 1129 of the Bankruptcy Code, 11 U.S.C. Section 1129, including the following:

a.    <u>Section 1129(a)(1)</u>.    The Plan complies with the applicable provisions of Title 11.

b.    <u>Section 1129(a)(2)</u>.    The proponent of the Plan has complied with the applicable provisions of Title 11.

c.    <u>Section 1129(a)(3)</u>.    The Plan has been proposed in good faith and not by any means forbidden by law.

d.    <u>Section 1129(a)(4)</u>.    Any payments for services or for costs and expenses in connection with the case, or in connection with the Plan and incident to the case, have been approved by, or are subject to the approval of, this Court as reasonable.

e.    <u>Section 1129(a)(5)</u>.    The proponent of the Plan has disclosed the identity and affiliation of any individual proposed to serve, after confirmation of the Plan, as an affiliate or successor of the Debtor, the continuation in such employment is in the best interest of the creditors and public policy, and the nature of any compensation for such insider.

f.    <u>Section 1129(a)(6)</u>.    This provision is not applicable.

g.    <u>Section 1129(a)(7)</u>.    With respect to each Class of impaired Claims or Interests, each holder of a Claim included in such Class (i) has accepted the Plan, or (ii) will receive or retain on account of such Claim property of value, as of the Effective Date of the Plan, that is not less than the amount such holder would receive or retain if the Debtor were liquidated under Chapter 7 of Title 11 on such date.

h.    <u>Section 1129(a)(8)</u>.    The impaired class of unsecured creditors has voted for the Plan.

i.    <u>Section 1129(a)(9)</u>.    The Plan provisions include the following:

1.    Holders of Allowed Administrative Claims will be paid in full.

2.    Holders of Allowed Priority Claims will be paid pursuant to Section 1129.

j.    <u>Section 1129(a)(10)</u>.   At least one Class of impaired Claims has voted to accept the Plan, determined without the acceptance of any insider.

k.    <u>Section 1129(a)(11)</u>. The Plan is feasible. Confirmation of the Plan contemplates liquidation of the Debtor's property, so there should be no need for further financial reorganization of, the Debtor. The Debtor has shown it will through a sale have sufficient cash flow to make the payments called for by the Plan.

l.    <u>Section 1129(a)(12)</u>.   All fees under 28 U.S.C. § 1930 have been paid or will be paid on the Effective Date.

m.    <u>Section 1129(a)(13)</u>.   This subsection does not apply to the Debtor.

n.    <u>Section 1129(a)(14)</u>.   This subsection does not apply to the Debtor.

o.    <u>Section 1129(a)(15)</u>.   This subsection does not apply to the Debtor since no unsecured creditors objected to confirmation of the Plan.

p.    <u>Section 1129(a)(16)</u>.   This subsection does not apply to the Debtor.

it is further

**ORDERED, ADJUDGED AND DECREED** that nothing in the Confirmation Order or the Plan or related documents shall effect a discharge or release of any claim by the United States Government or any of its agencies or the State of Texas or any of its agencies including the Texas Department of Housing and Community Affairs ("TDHCA"), including without limitation any claim arising under the Internal Revenue Code, the environmental laws or any criminal laws of the United States or any state laws or local regulations against any party or person, nor shall anything in the Confirmation Order or the Plan enjoin the United States or  the State of Texas including TDHCA from bringing any claim, suit, action, or other proceedings against any party or person for any liability of such persons whatever, including without limitation any claim, suit or action arising under the Internal Revenue Code, the environmental laws or any criminal laws of the

United States or state laws or local authority against such persons, nor shall anything in the

Confirmation Order or the Plan or related documents exculpate any party or person from any

liability to the United States Government or any of its agencies or the TDHCA whatsoever,

including any liabilities arising under the Internal Revenue Code, the environmental laws or any

criminal laws of the United States or state laws or local regulations against any party or person.

Further, nothing in this Order or the Plan or related documents authorizes the transfer or

assignment of any governmental (a) license, (b) permit, (c) registration, (d) authorization or

(e) approval, or the discontinuation of any obligation thereunder, without compliance with all

applicable legal requirements and approvals under police or regulatory law. Nothing in this Order

or the Plan shall relieve any entity from any obligation to address or comply with information

requests or inquiries from TDHCA. Nothing in this Order or the Plan shall affect any setoff or

recoupment rights of TDHCA. Nothing in this Order divests any tribunal of any jurisdiction it may

have under police or regulatory law to interpret this Order or the Plan or to adjudicate any defense

asserted under this Order or the Plan. Provided, however, that nothing in the foregoing paragraph

shall disturb the settlement approved by this Court pursuant to the Order Approving Debtor's

Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement

Agreement with City of Mesquite at docket entry No. 276 and the Order Granting Debtor's Motion

Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Judgment Settlement

Agreement with City of Mesquite at docket entry No. 362; it is further

      **ORDERED, ADJUDGED AND DECREED** that the Plan, as modified herein, is hereby

confirmed; it is further

      **ORDERED, ADJUDGED AND DECREED** that the Debtor shall pay the United States

Trustee quarterly fees until the Clerk of the Court closes the case and shall file quarterly reports

with the United States Trustee in the form required by the Office of the United States Trustee until

the case is closed; it is further

**ORDERED, ADJUDGED AND DECREED** that should a sale of the Debtor's property

not close within fifteen (15) days from entry of this Order, then this Order shall be void unless the

Debtor seeks an extension of this fifteen (15) day period.

# # # END OF ORDER # # #

APPROVED AS TO FORM:

/s/ Layla D. Milligan
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov
ATTORNEY FOR THE TEXAS DEPARTMENT
OF HOUSING AND COMMUNITY AFFAIRS

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
ATTORNEYS FOR DEBTOR

/s/ Asher Bublick
Asher M. Bublick
State Bar No. 24113629
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
Telephone: (214) 767-8967
asher.bublick@usdoj.gov
ATTORNEY FOR UNITED STATES TRUSTEE