

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 14, 2023

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CC HILLCREST, LLC, | § § | CASE NO. 22-31362-swe-11<br>Chapter 11 |
| Debtor. | § | |

**ORDER GRANTING APPLICATION TO ENTER**
**<u>FINAL DECREE AND CLOSE CASE</u>**

Came on for consideration the Debtor's *Application to Enter Final Decree and Close Case* (the "Application") in the above-styled and numbered case. After reviewing the Application, the Court finds that there is no need for any further administration in this case. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered case is closed and all fees owed to the United States Trustee will be paid within ten (10) days after the entry of this Order.

# # # END OF ORDER # # #

<u>Submitted by:</u>
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503- 4033
Attorneys for Debtor